468 A.2d 833

In re Estate of Scott.

Appeal of Charles W. Scott.

Appeal of John A. Scott.

Petition for Allowance of Appeal
Denied March 26, 1984.

Argued June 15, 1983. James P. Gannon, for Charles Scott, appellant (at No. 1330) and participating party (at No. 1331); Frank H. Morgan, Jr., for John Scott, appellant (at No. 1331) and participating party (at No. 1330); William A. Pietrangelo, for Redavid Law Firm, participating party.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Affirmed.